IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1830-WW-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMY W. STROTHERS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's motion in limine (D.E. 22) regarding evidence that may be offered at the jury trial scheduled for 8 April 2014. Any memorandum by defendant in response to the motion shall be filed by 4 April 2014.

This, the 2 day of April 2014.

James E. Gates
United States Magistrate Judge