IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1830-WW-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMY W. STROTHERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes to the court on the government's motion (D.E. 24) to dismiss without prejudice the criminal information against defendant. For good cause shown, the motion is GRANTED. The criminal information against defendant is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 7th day of April 2014.

_____
James E. Gates
United States Magistrate Judge